IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:     18-cv-01178-RBJ | Date:  March 20, 2019 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JEFFREY GONZALES | *Amanda E. Bauer* |
| | *Ariel B. DeFazio* |
| **Plaintiff** | |
| v. | |
| UNIVERSITY OF COLORADO | *David P. Temple* |
| **Defendant** | |

## COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 11:02 a.m.

Appearance of counsel – all counsel appear via telephone.

Discussion held on discovery dispute.

**ORDERED:   Evaluations of potential comparators that fall within factors, as stated on the record, are to be produced under a protective order.**

Court in Recess:  11:26 a.m.          Hearing concluded.          Total time in Court:  00:24