IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 18-cv-01178-RBJ | Date: April 25, 2019 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JEFFREY GONZALES<br>**Plaintiff** | *Charlotte N. Sweeney* |
| v. | |
| UNIVERSITY OF COLORADO<br>**Defendant** | *David P. Temple* |

## COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 9:00 a.m.

Appearance of counsel – all counsel appear via telephone.

Discussion held on discovery dispute.

**ORDERED:** Affidavit of Ms. Strauss is stricken, as written. A new affidavit may be written omitting the portions as outlined on the record.

Discussion held on complaints to Human Resources.

Court in Recess: 9:26 a.m.          Hearing concluded.          Total time in Court: 00:26