**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO.:  1:18-cv-01178-RBJ        PLAINTIFF'S LIST: ☒    DEFENDANT'S LIST: ☐    THIRD PTY DEFTS. LIST: ☐

CASE CAPTION:  GONZALES    v.  UNIVERSITY OF COLORADO       DATE DEC. 12, 2019

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Assistant Prof. job description, 2014 (CU 49) | ✓ | ✓ | | | | | |
| 2 | | Gonzales CV, 1/2014 (CU 50-53) | ✓ | ✓ | | | | | |
| 3 | | Gonzales offer letter, 8/13/14 (CU 59) | ✓ | ✓ | | | | | |
| 4 | | Performance Review, 1/14-12/14 (GONZALES 107-20) | ✓ | ✓ | | | | | |
| 5 | | Todorovic offer letter, 10/7/15 (CU 1599-1603) | ✓ | ✓ | | | | | |
| 6 | | Resident Evaluation, 1/15-12/15 (CU 227-229) | ✓ | | | | | | |
| 7 | | Performance Review, 1/15-12/15 (GONZALES 121-36) | ✓ | ✓ | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 8 | | Email chain Todorovic and Gonzales re: Broomfield, 3/2/16 (CU 624) | ✓ | ✓ | | | | | |
| 9 | | Email from Gonzales to Todorovic re: Aps, 3/4/16 (CU 625) | ✓ | ✓ | | | | | |
| 10 | | | | | | | | | |
| 11 | | Screenshot text from Fiegel to Acosta, 3/4/16 (CU 181) | ✓ | ✓ | | | | | |
| 12 | | Gonzales typed notes, 3/7/16 (CU 190-194) | ✓ | | | | | | |
| 13 | | Gonzales typed notes, 3/8/16 (CU 200-201) | ✓ | | | | | | |
| 14 | | Email chain Todorovic and Lace, 3/8/16 (CU 629-633) | ✓ | ✓ | | | | | |
| 15 | | Screenshot of text from Fiegel to Acosta (CU 215) | ✓ | | | | | | |
| 16 | | Screenshot of text from Fiegel (GONZALES 230) | ✓ | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 17 | | Email from Dewese, 3/15/16 (CU 224) | ✓ | ✓ | | | | | |
| 18 | | Email chain Gonzales and Fiegel, latest 3/16/2016 (GONZALES 214-15) | ✓ | | | | | | |
| 19 | | Email chain Mathers and Rumack, 3/18/16 (CU 1476-77) | ✓ | ✓ | | | | | |
| 20 | | Email from Todorovic re: follow up, 3/19/16 (CU 638-39) | ✓ | ✓ | | | | | |
| 21 | | Email from Todorovic to Gajdos re: meeting, 3/22/16 (GONZALES 250) | ✓ | ✓ | | | | | |
| 22 | | Email forward from Gonzales to Todorovic re: Aps, sent 3/4/16 forwarded to Kasyon 3/24/16 (CU 653) | ✓ | ✓ | | | | | |
| 23 | | Rumack handwritten notes re: Jeff Gonzales, 3/23/16 (CU 541-45) | ✓ | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 24 | | Email chain Rumack and Kasyon, 3/21-3/24/16 (CU 971-973) | ✓ | | | | | | |
| 25 | | Email chain Rumack and Kasyon, 3/24/16 (CU 1463-64) | ✓ | | | | | | |
| 26 | | Case 239 typed notes, 3/26/16 (CU 540) | ✓ | | | | | | |
| 27 | | | | | | | | | |
| 28 | | Email chain Rumack and Gonzales, 4/5/16 (CU 968-69) | ✓ | ✓ | | | | | |
| 29 | | Email from Todorovic to Brainard, 4/18/16 (CU 654) | ✓ | ✓ | | | | | |
| 30 | | Email from Brainard re: professionalism issue, 4/18/16 (CU 501) | ✓ | ✓ | | | | | |
| 31 | | Email chain Duarte, Dewese, Ganley, 4/19/16 (CU 179-80) | ✓ | ✓ | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 32 | | Krohnfeldt handwritten notes re: J. Gonzales, 4/20/16 (CU 323-36) | ✓ | | | | | | |
| 33 | | Email from Rumack to Harris re: Gonzales, 4/22/16 (CU 656) | ✓ | ✓ | | | | | |
| 34 | | Email chain Duarte and Rumack re: Gonzales, 4/22/16 (CU 356) | ✓ | ✓ | | | | | |
| 35 | | Email from Rumack to Kasyon, 4/23/16 (CU 662) | ✓ | ✓ | | | | | |
| 36 | | Email chain Todorovic and Rumack, 4/26/16 (CU 7-9) | ✓ | ✓ | | | | | |
| 37 | | Email chain Todorovic and Fernandez, 4/29/16 (CU 677) | ✓ | ✓ | | | | | |
| 38 | | Email chain Duarte, Rumack, Todorovic, 5/2/16 (CU 691-92) | ✓ | ✓ | | | | | |
| 39 | | Email chain Duarte and Brainard, 5/3/16 (CU 1428-29) | ✓ | ✓ | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 40 | | Typed notes re: KD and WCD met with Jeff Gonzales, 5/3/16 (CU 320) | ✓ | ✓ | | | | | |
| 41 | | Donnelly signed offer letter Lone Tree, 5/16/16 (CU 1657-58) | ✓ | | | | | | |
| 42 | | Victor signed offer letter Broomfield, 5/16/16 (CU 1863-64) | ✓ | | | | | | |
| 43 | | Initial review of Gonzales complaint, 5/17/16 (CU 307-12) | ✓ | ✓ | | | | | |
| 44 | | Email from Rumack to Kasyon re: Title IX/EEOC office, 5/20/16 (CU 970) | ✓ | | | | | | |
| 45 | | Email chain Todorovic, Kasyon re: Dr. Gonzales – confidential, 5/24/16 (CU 794-97) | ✓ | ✓ | | | | | |
| 46 | | Email chain Duarte and Todorovic, 5/24/16 (CU 357) | ✓ | ✓ | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 47 | | Memo from Duarte to Gonzales re: Report of Investigation, 5/24/16 (CU 173-74) | ✓ | ✓ | | | | | |
| 48 | | Email from Duarte to Todorovic re: Dr. Brown/Dr. Gonzales Matter, 5/24/16 (CU 783) | ✓ | ✓ | | | | | |
| 49 | | Memo from Duarte to Brown re: Report of Investigation, 5/24/16 (CU 784-85) | ✓ | ✓ | | | | | |
| 50 | | Email chain Todorovic and Zweck-Bronner, 5/24/16 (CU 776-78) | ✓ | ✓ | | | | | |
| 51 | | Email chain Fernandez and Kasyon re: Dr. Gonzales CONFIDENTIAL, latest 5/25/16 (CU 800-04) | ✓ | ✓ | | | | | |
| 52 | | Email from Kasyon to Rumack re: | ✓ | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | Henry/Fiegel, 6/2/16 (CU 90) | | | | | | | |
| 53 | | Email from Todorovic to Gonzales re: meeting, 6/2/16 (CU 809) | ✓ | ✓ | | | | | |
| 54 | | Letter from Todorovic to Gonzales, 6/3/16 (CU 1) | ✓ | ✓ | | | | | |
| 55 | | Email chain Rumack, Harris, Todorovic, 6/3/16 (CU 1445-47) | ✓ | | | | | | |
| 56 | | Case ID 245 (CU 1431-33) | ✓ | ✓ | | | | | |
| 57 | | Letter from Todorovic to Fiegel, 6/30/16 (CU 1655-56) | ✓ | ✓ | | | | | |
| 58 | | Maxient Notes by Dewese, 3/15/16 (CU 360) | ✓ | | | | | | |
| 59 | | Email from Mandell to Krohnfeldt 4/22/19 (CU 1874-76) | ✓ | | | | | | |
| 60 | | Gonzales CU W-2s 2015-2016 | ✓ | ✓ | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | (GONZALES 150-151) | | | | | | | |
| 61 | | Guardian Anesthesia Services 1099s and timesheets and 1099s, 2016-2019 | ✓ | | | | | | |
| 62 | | Gonzales Medical Protective malpractice insurance payments, 2018 | ✓ | ✓ | | | | | |
| 63 | | Controlled Substance Registration Certificate, 2018-2021 | ✓ | ✓ | | | | | |
| 64 | | Kaiser Permanente premiums payment history, 2016-2019 | ✓ | ✓ | | | | | |
| 65 | | Medical Payment Summary for out-of-pocket medical expenses, 2017-2019 | | | | | | | |
| 66 | | CU's Position Statement (GONZALES 000048-54) | ✓ | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 67 | | Fwd: Reporting of Med-Legal and Consulting Income – Policy Refresher and attached letter | ✓ | | | | | | |