**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson**

Case No. <u>1:18-cv-01178-RBJ</u>                              Date <u>December 13, 2019</u>

Case Title <u>JEFFREY GONZALES v. UNIVERSITY OF COLORADO</u>

<u>     PLAINTIFF     </u>   FINAL WITNESS LIST

| WITNESS[1] | PROPOSED LENGTH OF TESTIMONY |
|---|---|
| Dr. Jeffrey Gonzales | Direct: 3.5   Cross: _____   Total: _____ |
| Dr. Barry Rumack (adverse) | Direct: 2   Cross: _____   Total: _____ |
| Dr. Matthew Fiegel | Direct: 0.5   Cross: _____   Total: _____ |
| William Dewese | Direct: 0.3   Cross: _____   Total: _____ |
| Karey Krohnfeldt (f/k/a Duarte) (adverse) | Direct: 1   Cross: _____   Total: _____ |
| Doug Kasyon | Direct: 0.5   Cross: _____   Total: _____ |
| Stephanie Strauss | Direct: 0.5   Cross: _____   Total: _____ |
| Dr. Mercedes Susan Mandell | Direct: 0.75   Cross: _____   Total: _____ |
| Dr. Tobias Eckle | Direct: 0.5   Cross: _____   Total: _____ |
| Dr. Ramiro Gamuchio (may call) | Direct: 0.5   Cross: _____   Total: _____ |

---

[1] Witnesses are listed in expected order; however, this order is subject to change depending on witness availability.