**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   1:18-cv-01178-RBJ

JEFFREY GONZALES,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, through its
Board, THE REGENTS OF THE UNIVERSITY
OF COLORADO, a body corporate,

    Defendant.

---

## DEFENDANT'S WITNESS LIST

---

Defendant University of Colorado submits the following witness list:

| Order | Witness Name | Will call / May call | Time for Direct |
|---|---|---|---|
| 1 | Vesna TODOROVIC | Will call | 2.50 |
| 2 | Nathaniel BROWN | May call | 0.75 |
| 3 | Alison BRAINARD | May call | 0.50 |
| 4 | Barry RUMACK | May call | 0.75 |
| 5 | Karey KROHNFELDT (fka Duarte) | May call | 0.75 |
| 6 | Kyle MARSHALL | May call | 0.50 |
| 7 | Steve LOWENSTEIN | May call | 0.50 |
| 8 | Tom MAJCHER | May call | 0.50 |
| 9 | Jeffrey GONZALES | Will call | 2.00 |
| 10 | John REILLY | Will call | 0.75 |