Case No. 1:18-CV-1178-RBJ

Gonzales v. University of Colorado

Judge: R. Brooke Jackson

## DEFENDANT'S EXHIBIT LIST

| EXH. # | Brief Description | Stip | Offer | IN | OUT | Remarks |
|---|---|---|---|---|---|---|
| A | 3/19/2014 Letter of Offer of Appointment (CU-00014-CU-00017) | X | | | | |
| B | 8/22/2014 Member Practice Agreement (CU-00112) | X | | | | |
| C | 11/24/2015 UHC Safety Intelligence: Q/R Manager Review Form (Gonzales000026) | | | | | 402, 403, 801 |
| D | 3/22/2016 email from Rumack to Kasyon (CU-00644) | X | | | | |
| E | 3/4/2016 email and text between Gonzales and Shindell re scheduling (Gonzales000139 and CU-00423) | X | | | | |
| F | Text messages at CU-00419, Gonzales000220, 222, 230 | X | | | | |
| G | Text messages at CU-00444, 453, 420, 422, 440, 441, 443, 447, 448, 449, 450, 451) | | | | | 402, 403 |
| H | 3/18/2016 email thread between Rumack, Mathers, and Kasyon re meeting w Gonzales (CU-00085) | X | | | | |
| I | 3/23/2016 Professionalism file (CU-00181 – CU-00229) | | | | | Foundation |
| J | 3/24/2016 emails re Dr. Gadjos assignment (CU-00651 – CU-00652) | X | | | | |

Case No. 1:18-CV-1178-RBJ

| EXH. # | Brief Description | Stip | Offer | IN | OUT | Remarks |
|---|---|---|---|---|---|---|
| K | 4/18/2016 email from Rumack to Brainard (CU-01435 – CU-01436) | X | | | | |
| L | 4/18/2016 progress notes (CU-01432) | | | | | Similar to P's Ex 56 |
| M | 4/21/2016 printed web link to Reg Anesth Pain Med article on The Houdini clavicle (CU-00412) | | | | | |
| N | 4/21/2016 urbandictionary.com definitions of "Houdini" (CU-00414 – CU-00415) | | | | | |
| O | 4/21/2016 emails between Rumack and Brown (CU-01434) | X | | | | |
| P | 4/22/2016 emails between Brown and Duarte re disturbing incident (CU-00660 – CU-00661) | X | | | | |
| Q | 4/22/2016 email between Rumack and Duarte re Gonzales (CU-00658) | X | | | | |
| R | 4/29/2016 email from Rumack to Zweck-Bronner re Gonzales termination letter (CU-00068) | X | | | | |
| S | 4/30/2016 emails between Todorovic, Rumack and Fernandez re termination letter (CU-00687) | X | | | | |
| T | 5/2/2016 email thread with Brown and Kasyon and Brainard (CU-00699) | X | | | | |
| U | 5/10/2016 emails from Aycock to Weitzel to Todorovic re patient care concern (CU-00728) | X | | | | |

Case No. 1:18-CV-1178-RBJ

| EXH. # | Brief Description | Stip | Offer | IN | OUT | Remarks |
|---|---|---|---|---|---|---|
| V | 5/17/2016 email from Todorovic to Fernandez and Windham re patient care issue (CU-00737) | X | | | | |
| W | 5/24/2016 email from Todorovic to Gonzales re regional block procedure (CU-00758) | X | | | | |
| X | 5/24/2016 emails between Todorovic and others, re Gonzales report (CU-00776 – CU-00777) | X | | | | |
| Y | 5/24/2016 email from Duarte to Todorovic and others, re Gonzales Letter, with letter attached (CU-00780 – CU-00782) | X | | | | |
| Z | 5/24/2016 email from Duarte to Brown with letter attached (CU-00773 – CU-00775) | X | | | | |
| AA | 5/24/2016 email from Duarte to Todorovic with Brown letter attached (CU-00783 – CU-00785) | X | | | | |
| BB | CU Board of Regents Policy 5I: Faculty Dismissal for Cause Process | | | | | Foundation, 402 |
| CC | 4/18/2017 email from Strauss to Kasyon | X | | | | |
| DD | 12/31/2015 Annual Review for Mercedes (Susan) Mandell | X | | | | |
| EE | 2/18/2016 email from Weitzel to Todorovic | X | | | | |
| FF | 2/25/2016 email from Todorovic to Rumack and Harris | X | | | | |

Case No. 1:18-CV-1178-RBJ

| EXH. # | Brief Description | Stip | Offer | IN | OUT | Remarks |
|---|---|---|---|---|---|---|
| GG | 2/17/2016 email from Hong to Fiegel | X | | | | |
| HH | 4/19/2016 Mandell Letter of Direction | X | | | | |
| II | 7/12/2018 email from Todorovic to Mandell | X | | | | |
| JJ | 8/13/2018 email Mandell to Todorovic | X | | | | |
| KK | Summary of CU Transplant Anesthesia Organization and Responsibilities | X | | | | |
| LL | 8/17/2018 email from Weitzel to Mandell | X | | | | |
| MM | 10/01/2018 email Mandell to Todorovic | X | | | | |
| NN | 10/10/2018 email from Lowenstein to Mandell | X | | | | |
| OO | 11/14/2018 email from Todorovic to Mandell | X | | | | |
| PP | 3/6/2019 Letter – Sabbatical Proposal | X | | | | |
| QQ | 7/10/2019 Letter – Reilly to Mandell | X | | | | |
| RR | 2016 Tax Return | X | | | | |
| SS | 2017 Tax Return | X | | | | |
| TT | 2018 Tax Return | X | | | | |
| UU | 2018 Guardian 1099 | X | | | | |
| VV | Organization Chart | | | | | Demonstrative |
| | | | | | | |
| | | | | | | |
| | | | | | | |