IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:     18-cv-01178-RBJ | Date:  December 19, 2019 |
| Courtroom Deputy:    Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| JEFFREY GONZALES  **Plaintiff** | *Madeline A. Collison*<br>*Ariel B. DeFasio*<br>*Charlotte N. Sweeney* |
| v. | |
| UNIVERSITY OF COLORADO  **Defendant** | *Megan Clark (Entry of Appearance required)*<br>*Hermine Kallman*<br>*David P. Temple* |

### COURTROOM MINUTES

**JURY TRIAL DAY ONE**

Court in Session:  9:01 a.m.

Appearance of counsel.

9:02 a.m.     Jurors present.

Twenty-seven (27) potential jurors are brought to the Court.

Court's statement of the case to jurors.

All jurors sworn for voir dire.

Court's preliminary remarks to jurors.

Court advises jury panel regarding its jury selection practice.

Attorneys and parties are introduced.

Thirteen jurors called to the jury box.

9:25 a.m.        Voir dire of the jury panel by the Court.

9:40 a.m.        Voir dire of the jury panel by Ms. Sweeney.

9:57 a.m.        Voir dire of the jury panel by Mr. Temple.

Plaintiff's Peremptory Challenges:

1.   100412979
2.   100401694
3.   100394613

Defendant's Peremptory Challenges:

1.   100416195
2.   100394579
3.   100383334

10:18 a.m.       Seven jurors sworn to try the case:

1.   100393392
2.   100401184
3.   100420231
4.   100405282
5.   100389850
6.   100414344
7.   100422160

Court instructs the jury on its practices for trial.

**10:28 a.m.      Court in recess – jury escorted out.**
**10:39 a.m.      Court in session – jury escorted in.**

10:41 a.m.       Opening statement by Ms. Sweeney.

11:07 a.m.       Opening statement by Mr. Temple.

Plaintiff, Dr. Jeffrey Gonzales, called and sworn.

11:29 a.m.       Direct examination of Dr. Gonzales by Ms. Collison.
                 **Exhibits 1, 2, 4 and 6 are admitted.**

| | |
|---|---|
| **12:03 p.m.** | **Court in recess – jury escorted out.** |
| **1:01 p.m.** | **Court in session - jury escorted in.** |
| 1:03 p.m. | Continued direct examination of Dr. Gonzales by Ms. Collison. **Exhibits 7, 8, 9, 11, 15, 16, 17, 18, 20 and 28 are admitted.** |
| **2:48 p.m.** | **Court in recess – jury escorted out.** |
| **2:59 p.m.** | **Court in session - jury escorted in.** |
| 3:00 p.m. | Continued direct examination of Dr. Gonzales by Ms. Collison. **Exhibits 60 and TT are admitted.** |
| 3:35 p.m. | Cross examination of Dr. Gonzales by Mr. Temple. **Exhibits E, F, G, I and WW are admitted.** |

Jury excused, to return tomorrow at 9:00 a.m.

Discussion held on jury instructions.

Court in Recess: 4:31 p.m.          Trial continued.          Total time in Court:  06:10