IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01178-RBJ

JEFFREY GONZALES,

    Plaintiff,

v.

UNIVERSITY OF COLORADO,

    Defendant.

## VERDICT

We, the jury, unanimously give the following answers to the questions submitted by the Court:

**QUESTION 1**

Do you find that Defendant the University of Colorado retaliated against Plaintiff, Dr. Gonzales, for engaging in protected activity under Title VII, as defined in Instructions 8-14?

    Yes __X__

    No _____

**If you answered "Yes" to Question 1, answer Questions 2 and 3 below.**

**If you answered "No" to Question 1, skip the remaining questions and sign this Verdict Form.**

**QUESTION 2**

Do you find that Plaintiff is entitled to economic damages as defined in Instruction 16?

    Yes __X__

    No _____

**QUESTION 3**

Do you find that Plaintiff is entitled to non-economic damages as defined in Instruction 16?

Yes ___X___

No _____

**If you answered "Yes" to Question 2 and/or 3, answer Question 4 below, then sign this Verdict Form.**

**If you answered "No" to Questions 2 and 3, then skip Question 4 and sign this Verdict Form.**

**QUESTION 4**

What is the total amount of Plaintiff's damages if any?

Economic damages:     $ 500,000

Non-economic damages: $ 180,000

Dated this 20th day of December, 2019

JUROR NAMES REDACTED