IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01178-RBJ

JEFFREY GONZALES,

    Plaintiff,

v.

UNIVERSITY OF COLORADO,

    Defendant.

---

# FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of seven duly sworn to try the issues herein with U.S. District Judge R. Brooke Jackson presiding, and the jury has rendered a verdict that read as follows:

**QUESTION I**

Do you find that Defendant the University of Colorado retaliated against Plaintiff, Dr. Gonzales, for engaging in protected activity under Title VII, as defined in Instructions 8-14?

    Yes _X_

    No ___

**If you answered "Yes" to Question 1, answer Questions 2 and 3 below.**

**If you answered "No" to Question 1, skip the remaining questions and sign this Verdict Form.**

**QUESTION 2**

Do you find that Plaintiff is entitled to economic damages as defined in Instruction 16?

    Yes _X_

No ____

**QUESTION 3**

Do you find that Plaintiff is entitled to non-economic damages as defined in Instruction 16?

Yes _X_

No ____

**If you answered "Yes" to Question 2 and/or 3, answer Question 4 below, then sign this Verdict Form.**

**If you answered "No" to Questions 2 and 3, then skip Question 4 and sign this Verdict Form.**

**QUESTION 4**

What is the total amount of Plaintiffs damages if any?

| | |
|---|---|
| Economic damages: | $500,000 |
| Non-economic damages: | $180,000 |

It is ORDERED that judgment is entered in favor of the plaintiff, Jeffrey Gonzales, and against the defendant, University of Colorado.

FURTHER ORDERED that as the prevailing party the plaintiff is awarded costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 22nd day of January, 2020.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J Dynes
_____
J DYNES
Deputy Clerk

APPROVED BY THE COURT:

s/ R. Brooke Jackson

United States District Judge

ORDERED that judgment is entered in favor of the plaintiff, Jeffrey Gonzales, and against the defendant, University of Colorado.

FURTHER ORDERED that as the prevailing party the plaintiff is awarded costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this xx[th] day of November, 2019.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   J Dynes

J DYNES
Deputy Clerk

APPROVED BY THE COURT:
s/ R. Brooke Jackson
United States District Judge