**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   1:18-cv-01178-RBJ

JEFFREY GONZALES,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, through its
Board, THE REGENTS OF THE UNIVERSITY
OF COLORADO, a body corporate,

    Defendant.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Defendant University of Colorado in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the following: the Order on Motion in Limine entered in this action on the 5th day of December 2019 (ECF 55), the Order denying Motion for Judgment as a Matter of Law, entered in this action on the 22nd day of January, 2020 (ECF 79), and the Final Judgment, entered in this action on the 22nd day of January, 2020 (ECF 80).

**DATED**: January 31, 2020      Respectfully submitted,

                                      s/ David P. Temple
                                      David P. Temple
                                      Hermine Kallman
                                      University of Colorado, Office of University Counsel
                                      1800 Grant Street, Suite 700
                                      Denver, CO 80203
                                      David.Temple@cu.edu
                                      Hermine.Kallman@cu.edu
                                      *Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020, I electronically filed the foregoing with the Court's electronic filing system (CM/ECF) which will automatically cause notification to be sent to the following counsel of record:

Charlotte N. Sweeney
Ariel B. DeFazio
Madeline A. Collison
Sweeney & Bechtold, LLC
650 S. Cherry Street, Suite 700
Denver, CO  80246
E-mail:  cnsweeney@sweeneybechtold.com
E-mail:  abdefazio@sweeneybechtold.com
E-mail: macollison@sweeneybechtold.com
*Attorneys for Plaintiff*

                                                *s/ Linda Ruth Carter*
                                                Linda Ruth Carter, Paralegal