**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01178-RBJ

JEFFREY GONZALES,

Plaintiff,

v.

UNIVERSITY OF COLORADO, through its Board, THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

Defendant.

---

## STIPULATED MOTION TO DISMISS

---

Plaintiff Jeffrey Gonzales and Defendant University of Colorado (collectively "the parties"), by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of the above-referenced civil action in its entirety, as all issues have been resolved between the parties.

Respectfully submitted this 12th day of May 2020.

s/Charlotte N. Sweeney
Charlotte N. Sweeney
Ariel B. DeFazio
Sweeney & Bechtold, LLC
650 S. Cherry St., Ste. 700
Denver, CO 80246
(303) 865-3733

Attorneys for Plaintiff

s/Hermine Kallman
Hermine Kallman
David Temple
University of Colorado
Office of University Counsel – Litigation
1800 Grant St., Ste. 700
Denver, CO 80203
(303) 860-5691

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2020, a true and correct copy of the foregoing was e-mailed to the following addresses:

David Temple
Hermine Kallman
David.Temple@cu.edu
Hermine.Kallman@cu.edu
ATTORNEYS FOR DEFENDANT
*(via CM/ECF)*

*s/Jennifer M. Kinkade*
Jennifer M. Kinkade