**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

May 13, 2020

Ms. Madeline A. Collison
Ms. Ariel Beryl DeFazio
Ms. Charlotte Noelle Sweeney
Sweeney & Bechtold
650 South Cherry Street, Suite 700
Denver, CO 80246

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mrs. Hermine Kallman
Mr. David P. Temple
University of Colorado
Office of University Counsel-Litigation
1800 Grant Street, Suite 700
Denver, CO 80203-0000

**RE: 20-1028, Gonzales v. University of Colorado**
Dist/Ag docket: 1:18-CV-01178-RBJ

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

CMW/sds